# Court of Appeals
# of the State of Georgia

ATLANTA,  May 05, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1482. PAM SHUMAN et al v. BULLOCH COUNTY BOARD OF COMMMISSIONERS.**

This case arises from the request of R & H Development Company, Inc. ("R & H") for re-zoning of a 60.2 acre tract from agricultural to residential use. Neighboring landowners (the "Petitioners") objected to the re-zoning, and after the Bulloch County Board of Commissioners granted R & H's request, the Petitioners filed a petition for review to the superior court. The superior court denied the petition, and the Petitioners filed both an application for discretionary review and this direct appeal. We dismissed the application as untimely filed. See Case No. A25D0313 (Apr. 15, 2025). We also lack jurisdiction over this direct appeal.

A zoning decision made by a local government constitutes the action of a local administrative agency within the meaning of OCGA § 5-6-35 (a) (1), and an appeal from a superior court decision reviewing a local administrative agency's decision must come by way of an application for discretionary appeal. *Hamryka v. City of Dawsonville*, 291 Ga. 124, 125 (1) (728 SE2d 197) (2012). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Additionally, our dismissal of the Petitioner's application in Case No. A25D0313 bars this appeal under the doctrine of res judicata. *Norris v. Norris*, 281 Ga. 566, 567-568 (2) (642 SE2d 34) (2007).

For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __05/05/2025__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*